19TH JUDICIAL DISTRICT COURT FOR THE PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

NO.: 582114                                    **SEC. 23**

BRANDYWINE CONDOMINIUM OWNERS ASSOCIATION and BRANDYWINE CONDOMINIUM ASSOCIATION, INC.

VERSUS

LEXINGTON INSURANCE COMPANY

FILED: _____     _____
                                        DEPUTY CLERK

### PETITION FOR DAMAGES

The petition of Brandywine Condominium Owners Association and Brandywine Condominium Association, Inc., Louisiana corporations authorized to do and doing business in the State of Louisiana ("Plaintiffs"), respectfully represents the following:

I.

Made defendant herein is:

LEXINGTON INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, and within the jurisdiction of this Honorable Court.

II.

Venue in this action is proper in East Baton Rouge Parish under Louisiana Code of Civil Procedure insofar as the loss occurred in this Parish.

III.

Defendant is justly and truly indebted jointly, severally, and *in solido* to Plaintiffs herein for damages reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, and for costs in these proceedings, for the following, to-wit:

IV.

Plaintiffs contracted with the defendant insurance company through its agent, to insure the property located at 10950 Darryl Drive, Baton Rouge, Louisiana 70815.

V.

On March 28, 2008, a fire erupted at the property located at 10950 Darryl Drive, Baton Rouge, Louisiana.



EXHIBIT A

VI.

The fire and extinguishments caused widespread devastation to the property located at 10950 Darryl Drive, Baton Rouge, Louisiana.

VII.

The extensive damage caused by the fire rendered the property unable to be occupied and necessitated massive repairs.

VIII.

At all times pertinent hereto, the defendant insurance company provided insurance coverage for the matters, risks, and things involved herein, including damages caused by the fire and its aftermath, such insurance coverage benefiting Plaintiffs.

IX.

The insurance policy from the defendant insurance company contains endorsements and/or other provisions which provide coverage to Plaintiffs for all fire related damage.

X.

Plaintiff's policy states under the Commercial Property Conditions: a legal action may be brought under the insurance policy contract within two (2) years after the physical loss or damage occurred.

XI.

Despite having been provided with "satisfactory proof of loss," the defendant insurance company has acted in bad faith by refusing to pay for all of the damage sustained by Plaintiffs.

XII.

Plaintiffs are entitled to a judgment declaring that the language of plaintiff's insurance policy provided coverage for all damage resulting from a fire.

XIII.

Plaintiffs have yet to receive a reasonable tender from the defendant insurer as a result of the fire loss on March 28, 2008. As such, the defendant insurer is in direct violation of Louisiana law, including without limitation, La. R.S. 22:1892 and 22:1973.

XIV.

The defendant insurer is liable unto Plaintiffs under the following legal theories:

2

a. Breach of contract;
b. Bad faith claims adjusting;
c. Failure to fulfill obligations of insurers under Louisiana law; and
d. Any and all other legal theories which may be found through discovery and proven at trial in this matter.

XV.

Defendant has committed other acts of negligence, breach of contract, and breach of their duty of good faith and fair dealing all of which will be shown and proven at the trial of this matter.

XVI.

As a result of the actions of the defendant named herein, Plaintiffs have suffered the following nonexclusive list of damages, for which it is entitled to recover:

a. Loss of use of property;
b. Diminution in value of the property;
c. Repair and remediation expenses;
d. Business Income Loss;
e. Loss of Rents;
f. Attorney's fees;
g. Costs of this litigation; and
h. All other losses which will be proven at the trial of this matter.

XVII.

Plaintiffs are entitled to penalties and attorneys fees for the insurer's bad faith failure to pay Plaintiff's claim.

XVIII.

Plaintiffs reserve the right to supplement and amend this Petition for Damages.

XVIV.

Plaintiffs respectfully request a trial by jury.

**WHEREFORE**, Plaintiffs herein, prays that the Petition for Damages be deemed good, valid, and sufficient and that after due proceedings there be judgment rendered herein declaring that the language of the policy provides coverage for all fire related damage; and that Plaintiffs are

3

entitled to a judgment that any damage resulting from the fire is not excluded under the policy. Plaintiffs herein pray that the defendant be served with a copy of this petition and be duly cited to appear and answer the same, and that after expiration of all legal delays and due proceedings, there be judgment rendered in favor of Plaintiffs and against defendant, in an amount that is reasonable in the premises which will fully compensate Plaintiffs for the damages pursuant to the evidence and in accordance with the law and for penalties and attorneys fees; all sums with legal interest thereon from the date of judicial demand until fully paid, for all costs of these proceedings, and for all general and equitable relief.

Respectfully submitted,

GAUTHIER, HOUGHTALING
& WILLIAMS, L.L.P.

EDWARD F. DOWNING, III, Bar No. 1339
BRIAN J. HOUGHTALING, Bar No. 30258
3500 N. Hullen Street
Metairie, LA 70002
Telephone: (504) 456-8600
Facsimile: (504) 456-8624
ATTORNEYS FOR PLAINTIFF

**PLEASE SERVE:**

LEXINGTON INSURANCE COMPANY
Through its registered agent for service of process
The Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, La 70809

FILED 9-4-09
Signed S/ [signature]
A True Copy 9-8-09
[signature]
D/. Clerk

Case 3:09-cv-00877-RET-SCR    Document 1-3    10/13/2009    Page 4 of 6

182



**CORPORATION SERVICE COMPANY**

## Notice of Service of Process

NJP / ALL
Transmittal Number: 6986093
Date Processed: 09/17/2009

| | |
|---|---|
| Primary Contact: | Mr. Andrew Holland - 18th Floor<br>American International Group, Inc.<br>175 Water Street<br>New York, NY 10038 |
| Entity: | Lexington Insurance Company<br>Entity ID Number 1903911 |
| Entity Served: | Lexington Insurance Company |
| Title of Action: | Brandywide Condominium Owners Association vs. Lexington Insurance Company |
| Document(s) Type: | Citation/Petition |
| Nature of Action: | Contract |
| Court: | 19th JDC, East Baton Rouge Parish, Louisiana |
| Case Number: | 582115-D |
| Jurisdiction Served: | Louisiana |
| Date Served on CSC: | 09/16/2009 |
| Answer or Appearance Due: | 15 Days |
| Originally Served On: | Secretary of State on 9/14/09 |
| How Served: | Certified Mail |
| Sender Information: | Edward F. Downing, III<br>504-456-8600 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

To avoid potential delay, please do not send your response to CSC
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com



AMERICAN HOME/CLAIMS LITIGATION
SEP 22 2009

**RECEIVED**
SEP 18 2009
AIG Commercial Insurance
Law Department

**JAY DARDENNE**
**SECRETARY OF STATE**
**P.O. BOX 94125**
**BATON ROUGE, LA 70804-9125**




$04.8
0004283350  SEP 15
MAILED FROM ZIP CODE 7

LEXINGTON INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

SUIT NO: 582137
19TH JUDICIAL DISTRICT COURT

7009 0080 0001 0295 3651



Case 3:09-cv-00877-RET-SCR    Document 1-3    10/13/2009    Page 6 of 6